## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David G. Velde, as Trustee of the
Daniel S. Miller Bankruptcy Estate,

        Plaintiff,

vs.

Mike Bienek,

        Defendant.        Civ. No. 06-2610 (RHK/RLE)

### ORDER FOR DISMISSAL

Based upon the Stipulation of Dismissal (Docket No. 9),

**IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated :   2/15,  2007

        s/Richard H. Kyle
        Richard H. Kyle
        United States District Judge

NULIB:262087.1

1